PER CURIAM.
Affirmed without prejudice to the appellant filing a 3.850 motion in the trial court as to the inefficiency of the trial counsel. See Kelley v. State, 486 So.2d 578 (Fla.1986) cert. denied 479 U.S. 871, 107 S.Ct. 244, 93 L.Ed.2d 169 (1986); Perri v. State, 441 So.2d 606 (Fla.1983); Gibson v. State, 351 So.2d 948 (Fla.1977) cert. denied 435 U.S. 1004, 98 S.Ct. 1660, 56 L.Ed.2d 93 (1978); Hammer v. State, 543 So.2d 437 (Fla.2d DCA 1989).